James M. Graham *et al.,* Appellants, v. D. A. Miller *et al.,* Appellees.

*In Banc.*

Appeal from Circuit Court, Alachua county; William A. Hocker, Judge.

Evans Haile, J. B. Whitfield and Horatio Davis for appellants.

R. L. Anderson and W. Hocker for appellees.

The bill in this cause was filed by the appellants against the appellees. There was decree for the complainants, and the defendants appeal.. The appeal is dismissed on motion of counsel for the appellees.